IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AALEYAH SAUNDERS,<br><br>             Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY JAIL,<br><br>             Defendant. | Civil Action<br>No. 16-6333 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

   Plaintiff Aaleyah Saunders seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

   Plaintiff did not complete the application and left several sections blank, including her gross monthly pay from her employment with Jackson Hewitt. The Court will therefore deny the application without prejudice, and the matter shall be administratively terminated pending submission of the $350 filing fee and $50 administrative fee or a complete IFP application.

   An appropriate order follows.

**October 28, 2016**                **s/ Jerome B. Simandle**
Date                                     JEROME B. SIMANDLE
                                              Chief U.S. District Judge